No. 02–6163. GORDON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–6170. FISCHER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–6368. RHIND ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–6448. GUTIERREZ-FARIAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–6450. HILLHOUSE *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 02–6462. MANUEL *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 02–6480. HARGIS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–6522. LOPEZ *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 02–6545. RAMIREZ-CHILEL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–6565. HARTMAN *v.* LEE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 02–6624. JOHNSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–6642. GULLY *v.* IOWA ET AL. C. A. 8th Cir. Certiorari denied.

No. 02–6652. LAXTON *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 02–6693. SMALLEY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–6746. WOODRUFF *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–6750. BAILEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.